# Court of Appeals
# of the State of Georgia

ATLANTA, April 13, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0179.  MARIA THERESA PAGANO v. CITIZENS BANK, N.A.

Appellant's Emergency Motion for Stay Pending Appeal is hereby DENIED.



Court of Appeals of the State of Georgia
  Clerk's Office,
Atlanta, 04/13/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.